IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:11-0074 |
| ) | |
| MARSHALL COUNTY STONE, LLC, ) | MAGISTRATE JUDGE BRYANT |
| ) | |
| Defendant. ) | |
| ) | |
| MARSHALL COUNTY STONE, LLC, ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WILLIAM TODD WARNER, ) | |
| ) | |
| Third-Party Defendant. ) | |

**PLAINTIFF PNC BANK, N.A.'S MOTION FOR LEAVE TO FILE REPLY**

Plaintiff PNC Bank, N.A. ("PNC") hereby moves this Court for leave to file a reply in support of its Motion for Preliminary Injunction Regarding Collateral (D.E. 41).

1. PNC filed the Motion for Preliminary Injunction Regarding Collateral (D.E. 41) on December 14, 2011. That motion shows that MCS has already sold two items of Collateral, as defined in the Security Agreement at issue, and that PNC will be irreparably harmed by any sale of any other Collateral by MCS. That motion also shows that PNC is likely to prevail on the merits of this action, that MCS will not suffer harm from the requested preliminary injunction, and that the public interest is served by the entry of that preliminary injunction.

2. Defendant Marshall County Stone, LLC filed a Response to Plaintiff PNC Bank, N.A.'s Motion for Preliminary Injunction (D.E. 48; the "Response") on December 28, 2011.